JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MARTINEZ-RODRIGUEZ,<br><br>                    Plaintiff,<br><br>          v.<br><br>WARDEN BIRKHOLZ, FCI LOMPOC,<br><br>                    Defendants. | Case No. 23-cv-8677-SPG (AS)<br><br>**JUDGMENT** |

     Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

     **IT IS SO ORDERED.**

DATED:  November 21, 2024

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-1-